IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY E. SYDNOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:11CV00013 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Jackson L. Kiser      Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of United States Magistrate Judge B. Waugh Crigler entered on October 27, 2011. The Magistrate Judge recommends granting the Plaintiff's Motion for Summary Judgment and remanding this case to the Commissioner for further development of the record. Defendant filed a timely objection to the R & R. For the reasons set forth in the accompanying Memorandum Opinion, I will **SUSTAIN** the Defendant's objection and **REJECT** the Magistrate Judge's Report and Recommendation. It is hereby **ADJUDGED** and **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED,** Defendant's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is **AFFIRMED**, and this case shall be **DISMISSED** from the active docket of this Court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Crigler.

Entered this 22nd day of November, 2011.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE